IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANNY R. GREEN

v.                                                         C.A. NO. 13-3962

DELPHI FINANCIAL GROUP, INC. and
RELIANCE STANDARD LIFE INSURANCE
COMPANY

## ORDER

AND NOW, this 16th day of July, 2014, upon consideration of the parties' cross-motions for summary judgment and all responses and replies thereto, it is hereby ORDERED that:

1. The motion of the plaintiff for partial summary judgment [Doc. 38] is DENIED.

2. The motion of the defendants for summary judgment [Doc. 39] is GRANTED.

3. Judgment is entered in favor of defendant Delphi Financial Group, Inc. And against plaintiff Danny R. Green on Counts I, V and VI of the Amended Complaint and in favor of defendant Reliance Standard Life Insurance Company and against plaintiff Danny R. Green on Counts II, III, IV and V of the Amended Complaint.

4. The Clerk is DIRECTED to mark this case closed for statistical purposes.

BY THE COURT:

_____
JEFFREY L. SCHMEHL, J.